DL 9943

**PITNEY HARDIN LLP**
(MAIL TO) P.O. BOX 1945 MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

Attorneys For Defendants
AT&T Pension Plan, AT&T Management Pension Plan, AT&T Corp.,
and the AT&T Employees' Benefit Committee

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FRANK BIELE, individually and derivatively on behalf of the AT&T Pension Plan, | : : : | |
| Plaintiff, | : | Civil Action No. 07 cv 588 |
| v. | : | |
| AT&T PENSION PLAN, AT&T MANAGEMENT PENSION PLAN, AT&T CORP. as Administrator of the AT&T Pension Plan and the AT&T Management Pension Plan, AT&T EMPLOYEES' BENEFITS COMMITTEE of the AT&T Pension Plan and the AT&T Management Pension Plan and DANIEL P. FELDMAN, | : : : : : : : | **STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| Defendants. | : | |

1513505A01032607

- 2 -

Pursuant to Fed. R. Civ. P. 7.1, defendant AT&T Corp. hereby certifies that its stock is 100% owned by AT&T Inc., a publicly-held corporation.

>                           DAY PITNEY HARDIN LLP
>                           Attorneys for Defendants
>                           AT&T Pension Plan, AT&T
>                           Management Pension Plan,
>                           AT&T Corp., and the AT&T
>                           Employees' Benefit Committee
>
>                           By: _____/s/_____
>                               KRISTINE J. FEHER
>                               For the Firm

Dated: March 26, 2007