# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

KRISTINE J. FEHER
Attorney At Law

*Mail To:* P.O. Box 1945  Morristown, NJ 07962
*Deliver To:* 200 Campus Drive  Florham Park, NJ 07932
T: (973)966-8198 F: (973) 966 1015
kfeher@daypitney.com

July 5, 2007

**VIA FACSIMILE**
The Honorable Victor Marrero, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10017

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-6-07
```

Re:   *Biele v. AT&T Pension Plan et al.*
      Civil Action No. 07-cv-588

Dear Judge Marrero:

We represent the defendants in the above-referenced matter, which is scheduled for an initial conference on July 13, 2007 at 2:30 p.m. I am writing to request that the conference be rescheduled due to a conflict with another matter. That matter relates to a Third Circuit appeal, which is scheduled for mediation on the same date. We were uncertain whether the mediation would occur on that date as the mediating judge was on disability leave, but we were advised today that he intends to go forward.

David Preminger, who represents the plaintiff in this matter, has consented to the adjournment. Counsel for both parties are available on July 24, 25, or 27 to reschedule, if agreeable to the Court.

Thank you for your consideration.

Respectfully submitted,

Kristine J. Feher

cc:   David S. Preminger, Esq.

1542947A01070507

```
Request GRANTED. The initial
conference herein is rescheduled to 7-27-07
at 9:45 a.m.

SO ORDERED.

7-5-07
DATE      VICTOR MARRERO, U.S.D.J.
```