```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
FRANK BIELA,                         :
                                     :   07 Civ. 00588 (VM)
               Plaintiff,            :
                                     :   ORDER
     - against -                     :
                                     :
AT&T PENSION PLAN et al.,            :
                                     :
               Defendants.           :
------------------------------------ X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-07

**VICTOR MARRERO, United States District Judge.**

By Order dated August 9, 2007 the Court designated this case as eligible for mediation pursuant to the Civil Justice Expense and Delay Reduction Program, which the parties have pursued in an effort to resolve their dispute without further litigation in this Court. Accordingly, it is hereby,

**ORDERED**, that this action be placed on the Court's Suspense Docket for a period of sixty (60) days of the date of this Order; and it is further

**ORDERED** that counsel for plaintiff inform the Court within such period of the status of mediation and the prospects of resolution through such proceedings. In the event by such notification plaintiff reports that the matter is not likely to be resolved by such mediation, the Court shall promptly restore the action to its active docket and the parties shall be directed to appear before the Court to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate.

SO ORDERED.

Dated:   NEW YORK, NEW YORK
         21 September 2007

_____<br>
VICTOR MARRERO<br>
U.S.D.J.