UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
FRANK BIELE,                      :
                                  :    07 Civ. 00588 (VM)
                    Plaintiff,    :
                                  :    **CONDITIONAL**
                                  :    <u>ORDER OF DISCONTINUANCE</u>
     -  against  -                :
                                  :    ┌─────────────────────────┐
AT&T PENSION PLAN et al.,         :    │ USDS SDNY               │
                                  :    │ DOCUMENT                │
                    Defendants.   :    │ ELECTRONICALLY FILED    │
----------------------------------X    │ DOC #: _____  │
**VICTOR MARRERO, United States District Judge.**   │ DATE FILED: 11-5-07 │
                                       └─────────────────────────┘

     The Clerk of Court, having notified the Court, by Report dated

November 2, 2007, a copy of which is attached, that the Mediator in

the Court Ordered Mediation in this case had notified the Clerk of

Court that the parties have reached an agreement in principle to

settle this action without further litigation, it is hereby

     **ORDERED**, that this action be conditionally discontinued

without prejudice and without costs; provided, however, that within

thirty (30) days of the date of this Order, the parties may submit

to the Court their own Stipulation of Dismissal for the Court to So

Order.  Otherwise, within such time counsel for plaintiff may apply

by letter for restoration of the action to the active calendar of

this Court in the event by the deadline indicated the settlement is

not consummated.  Upon such notification, the defendant shall

continue to be subject to the Court's jurisdiction, the Court shall

promptly reinstate the action to its active docket and the parties

shall be directed to appear before the Court, without the necessity

of additional process, on a date within thirty days of the plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court schedule in this action are cancelled.

The Clerk of Court is directed to close this case.


**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          5 November 2007

                                    _____
                                        Victor Marrero
                                           U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FRANK BIELE etc., et al.**

               **Plaintiff**

      -against-

**AT&T PENSION PLAN et al.**

              **Defendant**

**Report of the Clerk of Court
Regarding Court Ordered Mediation**

07 Civ. 588 ( **VM**)



To the Court:

    Please take notice that:

\_\_\_ 1.    This case was randomly selected not to be sent to mediation and the Court should proceed accordingly.

_X_ 2.    This case was selected to be sent to mediation. The report of the Mediator is attached. The Mediator has checked:

    _X_        Paragraph 1, 2, 3, or 6 and the Court must make the appropriate order.

    \_\_\_\_\_        Paragraph 4 or 5 and unresolved issues should be treated as if they had not been sent to mediation.

    \_\_\_\_\_        Paragraph 7 which indicates that a party(ies) so noted has failed or refused to comply with the order of this Court which directed that mediation be held in this case.

Dated:  **November 2, 2007**

George O'Malley, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FRANK BIELE etc., et al.**

                **Plaintiff**
      **-against-**

**AT&T PENSION PLAN et al.**

                **Defendant**

**Report of Mediator**

**07 Civ. 588 ( VM)**

To the Clerk of Court:

    Please take notice that the court ordered mediation in this case was:

1. Held and produced a stipulation settling all of the issues of the case.

2. Held and produced a stipulation settling less than all of the issues of the case.  The parties by stipulation have agreed to submit the unresolved issues to binding arbitration.

3. Held and produced a stipulation submitting all issues to binding arbitration.

4. Held and produced a stipulation settling less than all of the issues of the case.  The unresolved issues should be treated as if they had not been sent to mediation.

5. Held but was unsuccessful in resolving any issue in the case.  The unresolved issues should be treated as if they had not been sent to mediation.

6. Not held as a stipulation settling all the issues of the case was entered into prior to the mediation date.

7. Not held as a party(ies) failed or refused to attend the mediation.  Cite party(ies).

    Any stipulation entered into between the parties is attached and made part of this report.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANK BICLC

Plaintiff

07 cv 588 (VM) ( )

v.

ATTPENSION PLAN et al.,

Defendant S

---

FOLLOWING MEDIATION THE PARTIES HAVE REACHED A SETTLEMENT
AGREEMENT AND WILL FILE APPROPRIATE PAPERS.

11/1/07
Date

Attorney for Plaintiff

11/1/07
Date

Attorney for Defendant