# ROSEN PREMINGER & BLOOM LLP

ATTORNEYS AT LAW
708 THIRD AVENUE — SUITE 1600
NEW YORK, N.Y. 10017
212 682-1900
TELECOPIER: 212 867-6878
rpb@rpblawny.com

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 12-4-07         │
└─────────────────────────────┘
```

December 4, 2007

By Facsimile

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

　　　　Re:　Biele v. AT&T Pension Plan et al.
　　　　　　　07 Civ. 588 (VM)

Dear Judge Marrero:

　　　　We represent the plaintiff in the referenced action. Pursuant to Your Honor's November 5, 2007 Conditional Order of Discontinuance, plaintiff hereby requests restoration on this action to the active calendar. While the parties did reach agreement on a settlement in principle, we have not yet ironed out the precise language of a settlement agreement. We expect that the parties' differences will either be resolved within the near future or else we will be able to inform the Court that no settlement will be consummated. However, in order not to run afoul of the time limit, we request restoration.

　　　　Thank you for your Honor's attention to this matter.

　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　Rosen Preminger & Bloom LLP

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　David S. Preminger

cc:　Kristine J. Feher, Esq. by facsimile

---

**Request GRANTED.** The Conditional Order of Discontinuance herein is amended to extend until **1-4-08** the date by which plaintiff may restore the action to the Court's active calendar.

**SO ORDERED.**

12-4-07　　　　　　　　　　　_____
DATE　　　　　　　　　　　　　VICTOR MARRERO, U.S.D.J.