

# ROSEN PREMINGER & BLOOM LLP

ATTORNEYS AT LAW
708 THIRD AVENUE — SUITE 1600
NEW YORK, N.Y. 10017
212 682-1900
TELECOPIER: 212 867-6878
rpb@rpblawny.com

December 4, 2007

By Facsimile

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-4-08
```

    Re:   *Biele v. AT&T Pension Plan et al*
           07 Civ. 588 (VM)

Dear Judge Marrero:

    We represent the plaintiff in the referenced action. Pursuant to Your Honor's November 5, 2007 Conditional Order of Discontinuance and subsequent Order extending time provided in the initial Order to January 4, 2008, plaintiff hereby requests restoration on this action to the active calendar or a further extension to February 7, 2008. The parties have reached agreement on the terms of a settlement. The settlement agreement has been signed by plaintiff and myself and forwarded to defendants.

    We are awaiting a copy of the settlement agreement executed by defendants and the payment required thereby. However, by the terms of the settlement agreement, those need not occur until January 31, 2008.

    Thank you for your Honor's attention to this matter.

                                 Respectfully submitted,
                                 Rosen Preminger & Bloom LLP

                                 By: _____
                                    David S. Preminger

cc:    Kristine J. Feher, Esq. by facsimile

---

**Request GRANTED.** The Conditional Order of Discontinuance herein is amended to extend until **2-7-08** the date by which plaintiff may restore the action to the Court's active calendar.

**SO ORDERED.**

1-4-08
DATE                               VICTOR MARRERO, U.S.D.J.