Kristine J. Feher
**DAY PITNEY LLP**
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300

ATTORNEYS FOR Defendants
AT&T Pension Plan, AT&T Management Pension Plan, AT&T Corp., the
AT&T Employees' Benefit Committee, and Daniel Feldman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| FRANK BIELE, individually and derivatively on behalf of the AT&T Pension Plan, | : : : | Honorable Victor Marrero Civil Action No. 07 cv 588 |
| Plaintiff, | : | **STIPULATION OF DISMISSAL** |
| v. | : | |
| | : | |
| AT&T PENSION PLAN, AT&T MANAGEMENT PENSION PLAN, AT&T CORP. as Administrator of the AT&T Pension Plan and the AT&T Management Pension Plan, AT&T EMPLOYEES' BENEFITS COMMITTEE of the AT&T Pension Plan and the AT&T Management Pension Plan and DANIEL P. FELDMAN, | : : : : : : | |
| Defendants. | | |

The matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff Frank Biele ("Plaintiff" or "Biele") and defendants AT&T Pension Plan, AT&T Management Pension Plan, AT&T Corp., the AT&T Employees' Benefit Committee, and Daniel Feldman ("Defendants"), it is hereby stipulated and agreed that the Complaint against Defendants and the Counterclaims against Plaintiff be and the same are hereby dismissed with prejudice and without costs against any party.

The Court shall retain jurisdiction over this matter for the purposes of enforcing all of the terms and provisions of this Stipulation including, but not limited to, any relief sought for a breach of or default under the settlement agreement entered into by the parties.

| | |
|---|---|
| DAY PITNEY LLP<br>Attorneys for Defendants<br>AT&T Pension Plan, AT&T<br>Management Pension Plan, AT&T<br>Corp., the AT&T Employees'<br>Benefit Committee, and Daniel<br>Feldman<br><br>By: _____<br>KRISTINE J. FEHER (KF6078)<br>For the Firm<br>P.O. Box 1945<br>Morristown, NJ 07962-1945<br>(973)966-8198<br>kfeher@daypitney.com<br><br>Dated: 1/14/08 | ROSEN PREMINGER & BLOOM LLP<br>Attorneys for Plaintiff<br>Frank Biele<br><br><br><br><br>By: _____<br>DAVID S. PREMINGER (DP1057)<br>For the Firm<br>708 Third Avenue, Suite 1600<br>New York, NY 10017<br>(212)682-1900<br>dpreminger@rpblawny.com<br><br>Dated: 12/14/07 |

2